1    TIMOTHY J. LONG (State Bar No. 137591)
     JAMES E. HOUPT (State Bar No. 187878)
2    STACY E. DON (State Bar No. 226737)
     ORRICK, HERRINGTON & SUTCLIFFE LLP
3    400 Capitol Mall, Suite 3000
     Sacramento, CA 95814-4497
4    Telephone: (916) 447-9200
     Facsimile: (916) 329-4900
5    E-mail:     tjlong@orrick.com
                jhoupt@orrick.com
6                  sdon@orrick.com

7    Attorneys for Plaintiff
     U.S. Bancorp Equipment Finance, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                     SOUTHERN DIVISION

12

| | |
|---|---|
| 13   U.S. BANCORP EQUIPMENT FINANCE, INC., an Oregon corporation, | Case No. SACV08-00571 AG (JWJx) |
| 15           Plaintiff, | [PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER |
| 16       v. | |
| 17   IRWIN COMMERCIAL FINANCE CORPORATION, EQUIPMENT FINANCE, an Indiana corporation, ALAN P. BELLANCA, an individual, and DOES 1 through 10, | |
| 20         Defendants. | |

21

22

23

24

25

26

27

28

1    Pursuant to the stipulation of the parties and good cause appearing, the

2  Court GRANTS the Stipulated Protective Order, as attached hereto as Exhibit A.

3  Dated _December 1_, 2008

4

5    Honorable Jeffrey W. Johnson
     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28